USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WILLIAM DEITRICK, JR.,

                    Plaintiff,

        -against-

CIBOLO CAPITAL PARTNERS I, LLC and
TG LLC,
                    Defendants.
-----------------------------------------------------------------X

17 CIVIL 4165 (ER)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 30, 2020, the defendants' motion for summary judgment is GRANTED in its entirety. All claims in Deitrick's First Amended Complaint are DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
           January 31, 2020

                                          RUBY J. KRAJICK
                                            Clerk of Court
                            BY:
                                              Deputy Clerk